UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| CATHERINE CULVER, | Civil No. 3:17-CV-782-MC |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits, and a period of disability under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will obtain supplemental vocational evidence and will issue a new decision.

IT IS SO ORDERED this \_\_\_17th\_\_\_ day of \_\_\_April_____, 2018.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

RENATA GOWIE, OSB #175273
Assistant United States Attorney

s/ Kathy Reif
KATHY REIF
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-3851